UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-00499-MAA                                     Date: April 21, 2026

Title      Jun Cheng v. USCIS Los Angeles Asylum Office

Present:   The Honorable Maria A. Audero, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**        **Order Regarding Proof of Service**

On March 25, 2026, the Court issued an order requiring that Plaintiff Jun Cheng ("Plaintiff") file proof of service on the defendant by no later than April 1, 2026.  (ECF No. 10.)  Plaintiff was advised that failure to do so could result in a recommendation that the action be dismissed for failure to comply with Court orders.

To date, however, no proof of service has been filed.  Plaintiff is therefore ordered to show cause, by no later than fourteen (14) days from the date of entry of this order, why Plaintiff should not be sanctioned for the failure to comply with the Court's March 25, 2026 Order.  This Order to Show Cause will be discharged without further action if Plaintiff timely files the required proof of service showing that service was made in compliance with Federal Rule of Civil Procedure 4(i).

It is so ordered.